# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| SHAN CHILCOTT, | ) |
| Petitioner, | ) Case No. 1:12-cv-30-SJM-SPB |
| v. | ) |
| DISTRICT ATTORNEY FOR ERIE COUNTY, *et al.*, | ) |
| Respondents. | ) |

## **MEMORANDUM ORDER**

The instant petition for writ of habeas corpus was received by the Clerk of Court on January 24, 2012 and was referred to United States Magistrate Judge Susan Paradise Baxter for report and recommendation in accordance with the Magistrates Act, 28 U.S.C. § 636(b)(1), and Rules 72.1.3 and 72.1.4 of the Local Rules for Magistrates.

The Report and Recommendation, filed on April 20, 2012 [9], recommends that the instant habeas petition be dismissed as moot and that a certificate of appealability be denied. The parties were allowed fourteen (14) days from the date of service in which to file objections. Service was made on Petitioner by certified mail at his current address of record and on the Respondents. No objections to the Report and Recommendation have been filed to date.

After de novo review of the petition and documents in the case, together with the Report and Recommendation, the following order is entered:

AND NOW, this 18th Day of May, 2012;

IT IS ORDERED that the instant petition for writ of habeas corpus shall be, and hereby is, DISMISSED as moot. Inasmuch as reasonable jurists would not find it debatable whether the instant petition is moot and/or whether the Petitioner has made a substantial showing of the denial of a constitutional right, IT IS FURTHER ORDERED that no certificate of appealability shall issue.

The Report and Recommendation of Magistrate Judge Baxter, filed on April 20, 2012 [9], is adopted as the opinion of the Court.

                                                             s/   <u>Sean J. McLaughlin</u>
                                                                  SEAN J. McLAUGHLIN
                                                                  United States District Judge

Cm:   All parties of record.

        U.S. Magistrate Judge Susan Paradise Baxter